1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 8  CHARLES CASTON, et al., | 2:08-CV-0039 JCM (RJJ) |
| 9  Plaintiffs, | |
| 10  v. | Date:        N/A |
| 11  SHAUNIE ONEAL, et al., | Time:       N/A |
| 12  Defendants. | |
| 13 | |

14

**ORDER**

15    Presently before the court is the report and recommendation of United States Magistrate

16  Judge Robert J. Johnston (Doc. # 2), filed on March 5, 2008.

17    Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge

18  on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the

19  magistrate judge's ruling.  Here, no objections were filed.

20    On March 5, 2008, Magistrate Judge Johnston recommended that plaintiff's complaint be

21  dismissed *with prejudice* because it was frivolous and no viable claim could be asserted based on

22  the facts contained therein.  Upon review of the magistrate judge's findings and recommendation

23  (Doc. # 2) and there being no objections filed,

24  . . .

25  . . .

26  . . .

27  . . .

28

**James C. Mahan**
**U.S. District Judge**

1      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge

2  Johnston's report and recommendation (Doc. # 2) is AFFIRMED in its entirety.  The instant action

3  is hereby DISMISSED **with prejudice**.

4      DATED this 3rd day of April, 2008.

5

6                                        _____

7                        **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**